1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone:  (415) 882-7900
4  Facsimile:   (415) 882-9287
   pmiller@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

7
            IN THE UNITED STATES DISTRICT COURT
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                    (OAKLAND DIVISION)
10

11 AUTOMOTIVE INDUSTRIES PENSION
   TRUST FUND, JAMES H. BENO, Trustee,         CASE NO.:  CV 11-4538 LB
12 BILL BRUNELLI, Trustee, STEPHEN J.
   MACK, Trustee, CHRIS CHRISTOPHERSEN,
13 Trustee, DON CROSATTO, Trustee, MARK        [PROPOSED] ORDER TO SHOW CAUSE
   HOLLIBUSH, Trustee, JON ROSELLE,
14 Trustee, DOUGLAS CORNFORD, Trustee,
   and JAMES V. CANTERBURY, Trustee,
15
       Plaintiffs,
16
   vs.
17
   BRIDGES TIRE AND WHEEL SERVICE,
18 INC., a California corporation,

19     Defendant.

20

21      UPON consideration of Plaintiffs' Request for an Order to Show Cause to Timothy

22 Bridges. to Comply With Court Order of July 31, 2014 to Produce Documents, IT IS HEREBY

23 ORDERED that:

24      (1)    Bridges Tire and Wheel, Inc., through Timothy Bridges, appear on

25 __October 16_____ ___, 2014, at __11:00 am__ before the Honorable Laurel Beeler in the San

26 Francisco Courthouse, Courtroom C - 15th Floor, 450 Golden Gate Avenue, San Francisco,

27 CA 94102, to show cause why he should not be compelled to obey the Civil Subpoena personally

28 served on him on June 9, 2014, and the Court Order dated July 31, 2014.

                                        1       [PROPOSED] ORDER TO SHOW CAUSE
                                                          CASE NO.:  CV 11-4538 LB
P:\CLIENTS\AUTCL\CASES\BRIDGES TIRE AUDIT\PLEADINGS\Post-Judgment\Proposed Order Re Request to Show Cause.doc

1     (2)    Timothy Bridges produce all responsive documents, specifically, all documents listed in the attachment to this Order, within ten (10) days of the Order.

    (3)    Timothy Bridges is hereby notified that a failure to comply with this Order may subject him to sanctions for contempt of court.

Dated: October 7, 2014

HON. LAUREL BEELER
U.S. DISTRICT COURT MAGISTRATE JUDGE

2     ~~PROPOSED~~ ORDER TO SHOW CAUSE
CASE NO.: CV 11-4538 LB
P:\CLIENTS\AUTCL\CASES\BRIDGES TIRE AUDIT\PLEADINGS\Post-Judgment\Proposed Order Re Request to Show Cause.doc